UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TONY ROMANO,

    Plaintiff,

v.                                                      CASE NO.: 8:13-cv-2515-T-23AEP

MILOS PAUNIC,

    Defendant.
_____/

**ORDER**

On November 25, 2013, United States Magistrate Judge Anthony E. Porcelli issued a report and recommendation. More than seventeen days has passed, and neither the plaintiff nor the defendant objects. The report and recommendation (Doc. 7) is **ADOPTED**. The amended complaint (Doc. 2) is **DISMISSED**. The motion (Doc. 3) to proceed *in forma pauperis* is **DENIED**. The motion (Doc. 6) to appoint counsel is **DENIED**. The plaintiff has thirty days or twenty-one days after service, whichever is longer, to amend the complaint. If the plaintiff seeks to assert claims against the third parties mentioned in the motion to appoint counsel and in his complaints, the plaintiff must initiate a separate action.

ORDERED in Tampa, Florida, on January 6, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE